| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E | U.S. District Court | 05/07/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 123 East Walnut Street Des Moines, Iowa 50309 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 9: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fund A | D | Dividend | L | T | Partial Sale | 9/19 | J | A | |
| 4. -Euro Pac Growth Fd Cl F | A | Dividend | J | T | | | | | |
| 5. -Ishares Tr S&P 500 Index | A | Dividend | K | T | | | | | |
| 6. -Templeton Foreign Fd Cl A | B | Dividend | J | T | | | | | |
| 7. IRA #1 | E | Dividend | N | T | | | | | |
| 8. -USB Cash Reserves Fund | | | | | | | | | |
| 9. -Alliance Bernstein Int'l Val A | | | | | Partial Sale | 5/9 | J | A | |
| 10. -Alliance Bernstein Sm/Md Val | | | | | | | | | |
| 11. -Amcap Fund F | | | | | | | | | |
| 12. -Euro Pac Growth Fd Cl F | | | | | | | | | |
| 13. -Fidelity New Insights Fd A | | | | | | | | | |
| 14. -Fidelity Adv Sr. Viii Div Int'l | | | | | | | | | |
| 15. -Fidelity Adv Midcap | | | | | Partial Sale | 10/31 | J | A | |
| 16. -Franklin Value Invs. Tr. | | | | | | | | | |
| 17. -MFS Ser Tr Ix Research A | | | | | Partial Sale | 4/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Partial Sale | 9/14 | J | A | |
| 19.  -Franklin Templeton Mut Ser Fd Cl A | | | | | | | | | |
| 20.  IRA #2 | C | Dividend | M | T | | | | | |
| 21.  -USB Cash Reserves Fund | | | | | | | | | |
| 22.  -AT&T | | | | | Buy | 1/31 | J | | |
| 23. | | | | | Partial Sale | 12/5 | J | A | |
| 24.  -Agilent Technologies Inc. | | | | | Buy | 3/16 | J | | |
| 25. | | | | | Buy | 3/19 | J | | |
| 26. | | | | | Partial Sale | 5/30 | J | A | |
| 27. | | | | | Partial Sale | 6/4 | J | A | |
| 28. | | | | | Partial Sale | 8/7 | J | A | |
| 29.  -Aetna Inc New | | | | | Partial Sale | 2/22 | J | A | |
| 30.  -Albertsons Inc | | | | | | | | | |
| 31.  -Amgen Inc | | | | | Buy | 7/13 | J | | |
| 32. | | | | | Buy | 11/20 | J | | |
| 33.  -Aon Corp | | | | | Partial Sale | 9/24 | J | A | |
| 34.  -Apache Corp | | | | | Buy | 1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 4/24 | J | | |
| 36. | | | | | Buy | 4/26 | J | | |
| 37. | | | | | Buy | 4/27 | J | | |
| 38. -Bank of America | | | | | | | | | |
| 39. -Barrick Gold Corp | | | | | | | | | |
| 40. -Burlington Resources Inc | | | | | | | | | |
| 41. -CBS Corp New Cl B | | | | | | | | | |
| 42. -Citigroup | | | | | Buy | 7/13 | J | | |
| 43. -Clear Channel | | | | | Partial Sale | 11/14 | J | A | |
| 44. -Comcast Corp. Cl A | | | | | Partial Sale | 2/7 | J | A | |
| 45. | | | | | Buy | 11/29 | J | | |
| 46. -Computer Assoc Int'l Inc | | | | | | | | | |
| 47. -Conocophillips | | | | | Partial Sale | 6/22 | J | A | |
| 48. | | | | | Partial Sale | 6/25 | J | A | |
| 49. | | | | | Partial Sale | 11/9 | J | A | |
| 50. -Countrywide | | | | | Buy | 7/5 | J | | |
| 51. | | | | | Partial Sale | 11/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Partial Sale | 11/29 | J | A | |
| 53. | | | | | Partial Sale | 12/4 | J | A | |
| 54. | | | | | Partial Sale | 12/5 | J | A | |
| 55.  -Delphi Corp | | | | | | | | | |
| 56.  -Discovery Holdg Co Ser A | | | | | | | | | |
| 57.  -Dominion Res. Inc. VA New | | | | | | | | | |
| 58.  -Fannie Mae | | | | | | | | | |
| 59.  -Freddie Mac | | | | | Buy | 11/27 | J | | |
| 60. | | | | | Buy | 11/28 | J | | |
| 61. | | | | | Buy | 11/29 | J | | |
| 62.  -Freescale Semiconductor B | | | | | | | | | |
| 63.  -Genworth Financial Cl A | | | | | | | | | |
| 64.  -Hartford Finl Svcs Group | | | | | Buy | 7/30 | J | | |
| 65.  -Hess Corp | | | | | Buy | 4/23 | J | | |
| 66.  -Ingersoll Rand Co Ltd A | | | | | | | | | |
| 67.  -International Paper Co | | | | | | | | | |
| 68.  -JPMorgan Chase & Co | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Kerr-McGee | | | | | | | | | |
| 70. -Kimberly-Clark Corp | | | | | | | | | |
| 71. -Kraft Foods | | | | | Buy | 8/3 | J | | |
| 72. -Liberty Media Corp A New | | | | | Partial Sale | 8/15 | J | A | |
| 73. | | | | | Partial Sale | 8/16 | J | A | |
| 74. -Lockheed Martin Corp | | | | | | | | | |
| 75. -MCIC Invt. Corp | | | | | Partial Sale | 10/25 | J | A | |
| 76. -Microsoft Corp | | | | | | | | | |
| 77. -Motorola Corp | | | | | Buy | 1/31 | J | | |
| 78. | | | | | Buy | 6/11 | J | | |
| 79. -Noble Energy | | | | | Partial Sale | 10/9 | J | A | |
| 80. | | | | | Partial Sale | 10/15 | J | A | |
| 81. | | | | | Partial Sale | 10/16 | J | A | |
| 82. -Northrop Grumman Corp | | | | | | | | | |
| 83. -Pitney Bowes | | | | | | | | | |
| 84. -Posco Spons Adr | | | | | Partial Sale | 4/26 | J | A | |
| 85. | | | | | Partial Sale | 6/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Partial Sale | 9/27 | J | A | |
| 87. | | | | | Partial Sale | 10/15 | J | A | |
| 88. | | | | | Partial Sale | 10/16 | J | A | |
| 89.   Radian Group Inc. | | | | | | | | | |
| 90.   -Raytheon Co. New | | | | | | | | | |
| 91.   -Rio Tinto Plc Spons Adr | | | | | Partial Sale | 7/18 | J | B | |
| 92.   -Safeway Inc. New | | | | | | | | | |
| 93.   -Sanofi-Aventis | | | | | Buy | 8/7 | J | | |
| 94.   -Sprint Nextel Group | | | | | Buy | 1/31 | J | | |
| 95. | | | | | Buy | 12/5 | J | | |
| 96.   -Transocean | | | | | | | | | |
| 97.   -Tyson Foods, Inc Cl A | | | | | Partial Sale | 5/3 | J | A | |
| 98. | | | | | Partial Sale | 5/7 | J | A | |
| 99. | | | | | Partial Sale | 5/8 | J | A | |
| 100. | | | | | Partial Sale | 7/13 | J | A | |
| 101.   -Union Pacific Corp | | | | | Partial Sale | 4/24 | J | B | |
| 102.   -US Steel | | | | | Partial Sale | 4/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Partial Sale | 4/25 | J | A | |
| 104.  -Viacom Inc Cl B | | | | | | | | | |
| 105.  -Wachovia Corp New | | | | | Buy | 12/5 | J | | |
| 106.  -Wells Fargo | | | | | Buy | 1/31 | J | | |
| 107.  IRA #3 | B | Dividend | M | T | | | | | |
| 108.  -USB Cash Reserves Fund | | | | | | | | | |
| 109.  -Abbott Labs | | | | | Buy | 4/12 | J | | |
| 110.  -Aflac Inc. | | | | | | | | | |
| 111.  -Amer. Int'l Group Inc. | | | | | | | | | |
| 112.  -Amex | | | | | Buy | 7/31 | J | | |
| 113.  -Amgen Inc. | | | | | Partial Sale | 4/20 | J | A | |
| 114.  -Anheuser Busch Cos Inc | | | | | | | | | |
| 115.  -Aon Corp | | | | | Buy | 4/12 | J | | |
| 116. | | | | | Partial Sale | 6/14 | J | A | |
| 117.  -Apache | | | | | Buy | 5/31 | J | | |
| 118. | | | | | Partial Sale | 10/26 | J | A | |
| 119.  -Apple Computer | | | | | Partial Sale | 4/2 | J | A | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,000 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Baker Hughes Inc | | | | | Buy | 8/27 | J | | |
| 121. | | | | | Partial Sale | 10/24 | J | A | |
| 122. | | | | | Buy | 11/26 | J | | |
| 123. -Bank of New York | | | | | Partial Sale | 2/7 | J | A | |
| 124. | | | | | Exchange | 7/2 | J | A | |
| 125. | | | | | Partial Sale | 7/31 | J | A | |
| 126. -Baxter Intl | | | | | Partial Sale | 11/9 | J | A | |
| 127. -Becton Dickinson | | | | | Buy | 11/9 | J | | |
| 128. -Bed Bath & Beyond Inc | | | | | Partial Sale | 7/12 | J | A | |
| 129. -Best Buy | | | | | Buy | 7/3 | J | | |
| 130. -BMY | | | | | Buy | 10/12 | J | | |
| 131. -Boeing | | | | | Buy | 12/7. | J | | |
| 132. -Carnival Corp | | | | | | | | | |
| 133. -Celgene | | | | | Buy | 7/13 | J | | |
| 134. -Chicos Fas | | | | | Partial Sale | 9/7 | J | A | |
| 135. -Cintas Corp | | | | | | | | | |
| 136. -Cisco Systems Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Citadel Broadcasting | | | | | Buy | 6/20 | J | | |
| 138. | | | | | Partial Sale | 6/25 | J | A | |
| 139. -Citigroup | | | | | Partial Sale | 2/7 | J | A | |
| 140. -Colgate Palmolive Co | | | | | | | | | |
| 141. -Comcast | | | | | Buy | 6/12 | J | | |
| 142. | | | | | Buy | 7/3 | J | | |
| 143. -Costco Whsl | | | | | Partial Sale | 7/17 | J | A | |
| 144. -Danaher | | | | | Buy | 5/31 | J | | |
| 145. | | | | | Partial Sale | 8/13 | J | A | |
| 146. -Davita Inc | | | | | Partial Sale | 5/21 | J | A | |
| 147. -Dell Inc | | | | | Buy | 4/12 | J | | |
| 148. | | | | | Partial Sale | 8/8 | J | A | |
| 149. -Disney Walt Company | | | | | Buy | 4/12 | J | | |
| 150. | | | | | Partial Sale | 8/8 | J | A | |
| 151. -Electronic Arts | | | | | Buy | 4/12 | J | | |
| 152. -EMC Corp | | | | | Buy | 4/12 | J | | |
| 153. | | | | | Partial Sale | 8/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Partial Sale | 10/19 | J | B | |
| 155. -Emerson Electric Co | | | | | Buy | 4/12 | J | | |
| 156. | | | | | Partial Sale | 8/8 | J | A | |
| 157. | | | | | Partial Sale | 12/18 | J | A | |
| 158. -First Data Corp | | | | | Partial Sale | 4/12 | J | A | |
| 159. -Gannett Co Inc | | | | | | | | | |
| 160. -General Electric Co | | | | | Buy | 4/12 | J | | |
| 161. | | | | | Buy | 5/1 | J | | |
| 162. | | | | | Partial Sale | 6/26 | J | A | |
| 163. | | | | | Partial Sale | 10/11 | J | A | |
| 164. | | | | | Buy | 12/27 | J | | |
| 165. -Gilead Sciences | | | | | Buy | 4/12 | J | | |
| 166. -Goldman Sachs | | | | | | | | | |
| 167. -Harley Davidson Inc | | | | | | | | | |
| 168. -Honeywell Intl Inc | | | | | | | | | |
| 169. -Illinois Tool Works Inc | | | | | Partial Sale | 3/8 | J | A | |
| 170. | | | | | Partial Sale | 3/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Intel Corp | | | | | Buy | 2/7 | J | | |
| 172. | | | | | Buy | 4/12 | J | | |
| 173.  -Int'l Business Mach Corp | | | | | Buy | 7/13 | J | | |
| 174. | | | | | Buy | 7/24 | J | | |
| 175.  -Johnson & Johnson | | | | | | | | | |
| 176.  -Kohl's Corp | | | | | Buy | 9/21 | J | | |
| 177.  -Lauder Estee | | | | | Partial Sale | 3/12 | J | A | |
| 178. | | | | | Partial Sale | 3/28 | J | A | |
| 179. | | | | | Buy | 12/27 | J | | |
| 180.  -Lehman Bros | | | | | Buy | 7/20 | J | | |
| 181.  -Lilly Eli & Co | | | | | | | | | |
| 182.  -Linear Technology Corp | | | | | | | | | |
| 183.  -Lowes Companies Inc | | | | | Buy | 1/25 | J | | |
| 184. | | | | | Buy | 4/12 | J | | |
| 185. | | | | | Partial Sale | 12/19 | J | A | |
| 186.  -MBNA Corp | | | | | | | | | |
| 187.  -McGraw Hill | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Medco Health Solutions | | | | | | | | | |
| 189.  -Medtronic Inc | | | | | Partial Sale | 4/12 | J | A | |
| 190.  -Microsoft Corp | | | | | | | | | |
| 191.  -Morgan Stanley | | | | | | | | | |
| 192.  -Motorola | | | | | Buy | 9/28 | J | | |
| 193.  -Nike Inc | | | | | Buy | 4/12 | J | | |
| 194. | | | | | Partial Sale | 8/1 | J | A | |
| 195.  -Nokia Corp | | | | | Partial Sale | 9/21 | J | B | |
| 196.  -Northern Trust | | | | | | | | | |
| 197.  -Novartis Ag Spons ADR | | | | | | | | | |
| 198.  -Omnicom Group Inc | | | | | | | | | |
| 199.  -Oracle | | | | | Buy | 10/26 | J | | |
| 200.  -Pepsico Incorporated | | | | | Buy | 4/12 | J | | |
| 201. | | | | | Partial Sale | 12/19 | J | A | |
| 202.  -Pfizer Incorporated | | | | | | | | | |
| 203.  -Proctor & Gamble Co | | | | | Buy | 4/12 | J | | |
| 204. | | | | | Buy | 4/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Qualcomm Inc | | | | | Buy | 4/12 | J | | |
| 206. -Rockwell Automation | | | | | | | | | |
| 207. -SLM Corp | | | | | Partial Sale | 4/25 | J | A | |
| 208. -Staples | | | | | Buy | 3/30 | J | | |
| 209. | | | | | Buy | 4/2 | J | | |
| 210. | | | | | Buy | 4/12 | J | | |
| 211. -Starbucks Corporation | | | | | | | | | |
| 212. -State Street | | | | | Buy | 4/3 | J | | |
| 213. | | | | | Buy | 9/11 | J | | |
| 214. | | | | | Partial Sale | 10/23 | J | A | |
| 215. -Stryker Corp | | | | | | | | | |
| 216. -Sysco Corporation | | | | | | | | | |
| 217. -Target Corp | | | | | Buy | 4/12 | J | | |
| 218. | | | | | Buy | 4/30 | J | | |
| 219. | | | | | Partial Sale | 7/20 | J | A | |
| 220. -Teva Pharmaceuticals | | | | | Buy | 5/1 | J | | |
| 221. | | | | | Partial Sale | 11/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Texas Instruments Inc | | | | | Buy | 4/12 | J | | |
| 223. -Total SA Spons ADR | | | | | | | | | |
| 224. -3M Co | | | | | Buy | 12/27 | J | | |
| 225. -UPS | | | | | Buy | 3/12 | J | | |
| 226. | | | | | Buy | 4/12 | J | | |
| 227. | | | | | Partial Sale | 8/30 | J | A | |
| 228. -United Technologies Corp | | | | | Buy | 4/12 | J | | |
| 229. -United Health Grp Inc | | | | | Buy | 4/12 | J | | |
| 230. | | | | | Partial Sale | 11/9 | J | A | |
| 231. -Walgreen | | | | | Buy | 8/1 | J | | |
| 232. | | | | | Buy | 8/8 | J | | |
| 233. | | | | | Buy | 11/9 | J | | |
| 234. -XTO Energy | | | | | Buy | 4/12 | J | | |
| 235. | | | | | Partial Sale | 5/1 | J | A | |
| 236. -Zimnmer Holdings Inc | | | | | | | | | |
| 237. -Zions Bancorp | | | | | Buy | 2/23 | J | | |
| 238. | | | | | Buy | 4/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Partial Sale | 12/24 | J | A | |
| 240.  West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gritzner, James E | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII: Piper Jaffray Prime Obligations listed on prior report is now USB Cash Reserves Fund as a result of a merger of the brokerages.

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544